UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
IN RE:

    GLEN E. BRICKEY                              CASE NO. 06-31699
    MARY I. BRICKEY                            (Previous Case No. 06-62746)
                                                    Chapter 13
                            Debtors

--------------------------------------------------------
APPEARANCES:

| | |
|---|---|
| MARK W. SWIMELAR, ESQ. | LYNN HARPER WILSON, ESQ. |
| Chapter 13 Trustee | Of Counsel |
| 250 South Clinton Street, Suite 203 | |
| Syracuse, New York 13202 | |
| | |
| BOYLE & ANDERSON, P.C. | STACY L. TAMBURRINO, ESQ. |
| Attorneys for Debtor | Of Counsel |
| 110 Genesee Street, Suite 300 | |
| Auburn, New York 13201 | |
| | |
| THE CROSSMORE LAW OFFICE | EDWARD Y. CROSSMORE, ESQ. |
| Attorneys for CFCU Community Credit Union | Of Counsel |
| 115 West Green Street | |
| Ithaca, New York 14850 | |

Hon. Stephen D. Gerling, Chief U.S. Bankruptcy Judge

## **ERRATA**

       The Memorandum-Decision, Findings of Fact, Conclusions of Law and Order dated March 1, 2007 in the above case is amended to correct the spelling of the firm name of Boyle & Anderson, P.C. and to correct the address of the Boyle & Anderson, P.C. firm. The above firm name and address are now correct.

2

Dated at Utica, New York

this 1st day of March 2007

                                              /s/    Hon. Stephen D. Gerling
                                              STEPHEN D. GERLING
                                              Chief U.S. Bankruptcy Judge

Case 06-31699-5-mcr    Doc 30    Filed 03/01/07    Entered 03/01/07 13:24:56    Desc Main
                    Document      Page 2 of 2

2